UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2007 JAN -5 PM 3: 13
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| LESLIE BROOKE HARGRAVES<br>    Plaintiff<br>V.<br><br>CITY OF AUSTIN<br>    Defendant | §<br>§<br>§<br>§<br>§<br>§ |

CASE NO. _____

A07CA 014LY

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:

COMES NOW Defendant City of Austin and files this its Notice of Removal, pursuant to 28 U.S.C. §1331, §1343, and §1441. Defendant respectfully shows the Court as follows:

1. Plaintiff's Original Petition was filed December 8, 2006, in the 201st District Court of Travis County, Texas entitled *Leslie Brooke Hargraves v. City of Austin*, D-1-GN-06-004555.

2. Plaintiff has made a claim that is governed by federal law and arises out of the alleged violation of a federal statute by Defendant. This case, therefore, poses federal questions subject to removal under 28 U.S.C. §1331, §1343, and §1441.

3. On December 8, 2006, Defendant received service of the petition stating these claims under federal law. This notice of removal is filed within thirty (30) days of service of the first defendant and is, therefore, timely under 28 U.S.C. §1446(b).

4. This action is being removed to the District Court of the United States for the district and division embracing the place where the state court action is pending.

5. No other defendants have been named in this lawsuit.

6. Defendant has attached to and filed with this Notice of Removal copies of all process, pleadings, and other documents on file in the records of the state court for this case, along with a copy of the docket sheet.

7. Simultaneous with the filing of this Notice of Removal, Defendants will file a copy of the notice with the Clerk of the 201st Judicial District Court of Travis County, Texas, under Cause No. D-1-GN-004555.

8. As evidenced by the certificate below, Defendant has served all parties with copies of this notice.

WHEREFORE PREMISES CONSIDERED, Defendants respectfully request that this case be removed from the 201st Judicial District Court of Travis County, Texas to the United States District Court for the Western District of Texas, Austin Division; and that the United States District Court issue such notices and orders necessary to bring before it all proper parties, and such other orders and notices as may be authorized by law.

RESPECTFULLY SUBMITTED,

DAVID ALLAN SMITH
CITY ATTORNEY

*Chris Edwards*
CHRIS EDWARDS
Assistant City Attorney
State Bar No. 00789276
Post Office Box 1546
Austin, Texas 78767-1546
(512) 974-2419
(512) 974-6490 [FAX]

ATTORNEYS FOR DEFENDANT
CITY OF AUSTIN

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all parties, or their attorneys of record, in compliance with the Federal Rules of Civil Procedure, this 5th of January, 2007.

**Via Certified Mail, RRR #7111 0293 8591 0001 1102 to:**

Russell Scott Cook
1411 West Avenue, Suite 100
Austin, TX 78701

*/s/ Chris Edwards*
CHRIS EDWARDS

NO. D-1-GN-06-004555

| | | |
|---|---|---|
| LESLIE BROOKE HARGRAVES, Plaintiff, | § § § § | IN THE DISTRICT COURT |
| V. | § § | 201 JUDICIAL DISTRICT |
| CITY OF AUSTIN, Defendant. | § § § § | OF TRAVIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, Leslie Brooke Hargraves ("Hargraves" or "Plaintiff") and files this Original Petition, Request for Disclosure, and Demand for Jury Trial against Defendant City of Austin ("Defendant") and respectfully shows this Court as follows:

### I.
### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff intends to conduct discovery under Level 2 of the Texas Rules of Civil Procedure.

2. Plaintiff, Leslie Brooke Hargraves, is an individual residing in Lakeway, Travis County, Texas.

3. Defendant, City of Austin is an incorporated city in Texas located in Travis County, Texas. This Defendant may be served by serving the City Manager, Toby Hammett Futrell, at 301 W. 2nd, 3rd Floor, Austin, TX 78701.

4. This Court has subject matter jurisdiction because Plaintiff's damages are in excess of the minimal jurisdictional limits of the Court.

5. Venue is proper in Travis County, Texas because all or a substantial part of the events or omissions giving rise to Plaintiff's claim occurred in Travis County. TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1).

## II.
## FACTUAL BACKGROUND

6. Ms. Hargraves was hired as a truck driver by the City of Austin, Street and Bridge Department, in or about March 2005. In or about May 2005, Ms. Hargraves was sexually harassed by her co-workers, including by her direct supervisor. In or about May 2005, Ms. Hargraves opposed this unlawful practice by complaining to her direct supervisor and to the Human Resources division for her department. Shortly thereafter, Ms. Hargraves was transferred to another job assignment to work for another supervisor. After a very brief stint in this new position, Ms. Hargraves was placed on administrative leave. On or about June 1, 2005, Ms. Hargraves was terminated from her employment by the City of Austin on the basis of sex and in retaliation for opposing a discriminatory employment practice and for making a complaint of such practice, in violation of TEX. LAB. CODE §§ 21.051; 21.055, and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-2(a)(1); 2000e-3(a).

## III.
## CAUSES OF ACTION

7. Plaintiff adopts and incorporates herein by reference all preceding paragraphs.

8. Plaintiff brings this action on the basis that she was discharged or otherwise discriminated and retaliated against for opposing a discriminatory employment practice and for filing a complaint of such practice, pursuant to TEX. LAB. CODE § 21.055.

9. Plaintiff brings this action on the basis that she was discharged or otherwise discriminated against on the basis of sex, pursuant to TEX. LAB. CODE § 21.051.

10. Plaintiff brings this action on the basis that she was discharged or otherwise discriminated and retaliated against for opposing a discriminatory employment practice and for filing a complaint of such practice, pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-3(a).

11. Plaintiff brings this action on the basis that she was discharged or otherwise discriminated against on the basis of sex, pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2(a)(1).

12. The Texas Legislature has waived immunity to this cause of action against the Defendant.

## IV.
## CONDITIONS PRECEDENT

13. All conditions precedent to Plaintiff's claim for relief have been performed or have occurred. Plaintiff has exhausted all administrative remedies by filing a complaint with the Texas Workforce Commission, receiving a right to sue letter from the Texas Workforce Commission, and filing suit within 60 days of receipt of that letter. Plaintiff has exhausted all administrative remedies by filing a complaint with the Equal Employment Opportunity Commission, receiving a right to sue letter from the EEOC, and filing suit within 90 days of receipt of that letter.

## V.
## REQUEST FOR DISCLOSURE

14. Pursuant to Texas Rule of Civil Procedure 194, Plaintiff requests that Defendant disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

## VI.
## DEMAND FOR JURY TRIAL

15. Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## VII.
## DAMAGES

16. As a result of the above mentioned facts, Plaintiff has suffered damages in an amount in excess of the minimum jurisdictional limits of the Court.

17. Plaintiff demands judgment in her favor and requests the following relief against the Defendant:

    a. All actual damages, including but not limited to past and future lost wages, past and future lost benefits, including front pay and back pay;

    b. Compensatory damages;

    d. Reinstatement;

    e. Punitive damages;

    f. Pre-judgment and post-judgment interest as allowed by law;

    g. Attorneys' fees and expert fees;

    h. Court costs and expenses;

    i. Equitable relief, including front pay and back pay;

    j. Any such further relief as the Court deems proper and just under the circumstances.

## VIII.
## PRAYER

18. WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, and that upon trial by a jury or this Court Plaintiff be granted judgment against Defendant as requested herein, and for such other and further relief, both general and special, at law and in equity, to which Plaintiff may be shown justly entitled.

Respectfully submitted,

**LAW OFFICE OF R. SCOTT COOK**

*R. /s/ C*
_____
Russell Scott Cook
Texas Bar No. 24040724
1411 West Ave., Suite 100
Austin, TX 78701
Phone: (512) 482-9556
Fax: (512) 597-3172

**COUNSEL FOR PLAINTIFF**

# CITATION
## THE STATE OF TEXAS
### CAUSE NO. D-1-GN-06-004555

LESLIE BROOKE HARGRAVES

, Plaintiff

vs.
CITY OF AUSTIN

, Defendant

TO: CITY OF AUSTIN
BY DELIVERING TO ITS CITY MANAGER, TOBY FUTRELL
301 W. 2ND STREET, 3RD FLOOR
AUSTIN, TEXAS 78701

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND DEMAND FOR JURY TRIAL of the PLAINTIFF in the above styled and numbered cause, which was filed on DECEMBER 8TH, 2006 in the 201ST JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, December 08, 2006.

REQUESTED BY:
RUSSELL SCOTT COOK
1411 WEST AVE., STE. 100
AUSTIN, TX 78701
BUSINESS PHONE:(512)482-9556  FAX:(512)597-3172

AMALIA RODRIGUEZ-MENDOZA
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, Texas 78701

RACHEL ALEMAN, Deputy

-- RETURN --

Came to hand on the 8 day of December, 2006 at 3:25 o'clock P.M., and executed at 301 W. 2nd Street, 3rd Floor, Austin, TX within the County of Travis on the 8 day of December, 2006, at 3:45 o'clock P.M., by delivering to the within named CITY OF AUSTIN BY DELIVERY TO ITS CITY MANAGER, TOBY FUTRELL *, each in person, a true copy of this citation together with the PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND DEMAND FOR JURY TRIAL accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ 10  *ACCEPTED BY KENDALL WOLTENBERG, ____ _____ OPERATOR

Sworn to and subscribed before me this the _____

_____ day of _____, _____.

Sheriff / Constable / Authorized Person
By: Sch00000214
Kevin Bunsford
Printed Name of Server

Travis County, Texas

Notary Public, THE STATE OF TEXAS

D-1-GN-06-004555           SERVICE FEE NOT PAID           D01 - 12954
☐ Original    ☑ Service Copy

NO. D-1-GN-06-004555

| | | |
|---|---|---|
| LESLIE BROOKE HARGRAVES § | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| V. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| CITY OF AUSTIN | § | |
| Defendant | § | 201st JUDICIAL DISTRICT |

## DEFENDANT CITY OF AUSTIN'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

COMES NOW the City of Austin and files Defendant City of Austin's Original Answer in response to Plaintiff's Original Petition, pursuant to Rule 85 of the Texas Rules of Civil Procedure and in support thereof, respectfully shows as follows:

I.
General Denial

Subject to such matters as may be admitted during discovery and upon trial of this cause, and in reliance upon its rights as provided by Rule 92 of the Texas Rules of Civil Procedure, Defendant denies generally the allegations of Plaintiff's pleading and requests that Plaintiff prove(s) its claims and allegations as required by law.

II.
Affirmative Defenses

Defendant asserts the affirmative defense of governmental immunity in that it is a municipal corporation. To the extent that it was acting in the performance of its governmental functions during the occurrence made the basis of this lawsuit, Defendant asserts its entitlement to sovereign immunity from Plaintiff's claims.

Defendant asserts the affirmative defense of governmental immunity for actions of employees acting within the course and scope of their employment as government employees, and thereby entitled to official immunity from Plaintiff's claims.

Defendant asserts the affirmative defense of statute of limitations as to any claims falling outside the applicable limitations period.

Defendant asserts the affirmative defense of failure to exhaust administrative remedies as to any claims falling outside the practices for which Plaintiff filed a claim of discrimination.

Defendant asserts the affirmative defense of lack of jurisdiction to the extent that any of Plaintiffs' claims are not within the jurisdiction of this court.

Defendant asserts the affirmative defense that Plaintiff has failed to mitigate her damages, if any.

III.
Prayer

WHEREFORE, Defendant City of Austin prays that all relief requested by Plaintiff be denied, and that Defendant recover its costs and reasonable attorney's fees and any additional relief to which it is entitled under law or in equity.

RESPECTFULLY SUBMITTED,

DAVID ALLAN SMITH
CITY ATTORNEY

CHRIS EDWARDS
Assistant City Attorney
State Bar No. 00789276
City of Austin-Law Department
Post Office Box 1546
Austin, Texas 78767-1546
(512) 974-2419
(512) 974-6490 [FAX]

ATTORNEYS FOR DEFENDANT
CITY OF AUSTIN

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all parties, or their attorneys of record, in compliance with the Texas Rules of Civil Procedure, this ___ day of January, 2007.

**Via Certified Mail, RRR #7111 0293 8590 0000 1096 to:**
Russell Scott Cook
1411 West Avenue, Suite 100
Austin, TX 78701

*Chris Edwards*
CHRIS EDWARDS

Case: d-1-gn-06-004555 with (4) documents

| Filed Date | Category | Description | Additional Info |
|---|---|---|---|
| | | Judges Notes/Comments | |
| 12/8/2006 | PET-PL... | ORIGINAL PETITION/APPLICATION | PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND DEMAND FOR JURY TRIAL |
| 12/20/2006 | SRVPRO... | EXE SERVICE OF CITATION | CITY OF AUSTIN |
| 1/2/2007 | ANS-RES... | ORIGINAL ANSWER | DEFENDANT CITY OF AUSTIN'S ORIGINAL ANSWER |

A-07 cv-04

JS 44 (Rev. 11/04)

## CIVIL COVER SHEET

A07CA 014LY

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Leslie Brooke Hargraves

**(b)** County of Residence of First Listed Plaintiff **Travis**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Russell Scott Cook
1411 West Avenue, Suite 100
Austin, TX 78701

### DEFENDANTS
City of Austin

County of Residence of First Listed Defendant **Travis**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Chris Edwards, Assistant City Attorney
P.O. Box 1546
Austin, TX 78767

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. 2000e-3(a)(l), 42 U.S.C. 2000e-3(a), Title VII of the Civil Rights Act of 1964
Brief description of cause:

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 1-5-07
SIGNATURE OF ATTORNEY OF RECORD Chris Edwards

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN          DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   District Court, 201st Judicial District, Travis County, Texas
   Leslie Brooke Hargraves v. City of Austin
   D-1-GN-06-004555

2. Was jury demand made in State Court?    Yes ☒    No ☐
   If yes, by which party and on what date?

   Leslie Brooke Hargraves, Plaintiff                              December 8, 2006
   _____                         _____
   Party Name                                                      Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Leslie Brooke Hargraves, Plaintiff
   Russell Scott Cook, Attorney of Record
   1411 West Avenue, Suite 100
   Austin, Texas 78701
   (512) 482-9556
   (512) 594-3175 Fax

   City of Austin, Defendant
   Chris Edwards, Assistant City Attorney
   P.O. Box 1546
   Austin, Texas 78767
   (512) 974-2419
   (512) 974-2894 Fax

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

**VERIFICATION:**

_Chris Edwards_ (signature)    Chris Edwards    1-5-07
Attorney for Removing Party                     Date

City of Austin
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)

AO82
(Rev. 4/90)

ORIGINAL

**404493**

# RECEIPT FOR PAYMENT
## UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF TEXAS
at _Austin_

RECEIVED FROM _City of Austin_
_P.O. Box 1546_
_Austin TX 78767_

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 086900 | 60.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | 510000 | 190.00 |
| 508800 | Immigration Fees | 086400 | 100.00 |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 350.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference | |
| 322360 | Miscellaneous Fees | 1:07-CV-014 | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

New Case
Hargraves v.
City of Austin

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn. 2663476

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK |
|---|---|---|---|---|---|
| 1-5 20 07 | | X | | | |